# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 50304 | **DATE** | 10/24/2001 |
| **CASE TITLE** | Kotas vs. Finn, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Defendants' motion to dismiss; plaintiff's request to produce and request to delay

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, defendants' motion to dismiss is granted, plaintiff's requests to produce and to delay are denied, and this cause is hereby dismissed in its entirety.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| X | Notices mailed by judge's staff. | | OCT 2 4 2001 | |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | U.S. DISTRICT COURT | | 12 |
| X | Mail AO 450 form. | | docketing deputy initials | |
| X | Copy to judge/magistrate judge. | 2001 OCT 24 PM 3:53 | 10-24-01 | |
| | | | date mailed notice | |
| /SEC | courtroom deputy's initials | FILED-WD Date/time received in central Clerk's Office | mailing deputy initials | |

# MEMORANDUM OPINION AND ORDER

On August 29, 2001, plaintiff Ronald Kotas filed a civil rights action against the State of Wisconsin, John W. Finn, a Wisconsin state court judge, and Charles P. Dykman, Margaret J. Vergeront and Patience D. Rogensack, judges of the Wisconsin Court of Appeals, District IV. Kotas' claims arise out of Wisconsin state court proceedings he initiated to set aside his 1987 conviction for felony theft. Defendants have moved to dismiss the complaint for lack of personal jurisdiction, improper venue, Eleventh Amendment immunity, judicial immunity and abstention on the basis of the Rooker/Feldman doctrine.

There are a multitude of defects with Kotas' complaint. For simplicity, the court will limit itself to dismissing Kotas' complaint on the grounds that the court lacks personal jurisdiction over the individual defendants, as they have absolutely no contacts with Illinois in regards to this lawsuit, see generally Central States, Southeast and Southwest Areas Pension Fund v. Reimer Express World Corp., 230 F.3d 934, 942-43 (7th Cir. 2000) (setting forth analysis for determining whether personal jurisdiction is proper), cert. denied, 121 S. Ct. 1406 (2001), and that the claims against the State of Wisconsin are barred by the Eleventh Amendment, see Quern v. Jordan, 440 U.S. 332, 337 (1979). Kotas' request to produce and request for delay are denied as unnecessary.

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Western Division

DOCKETED
OCT 2 4 2001

Ronald R. Kotas

v.

John V. Finn, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 01 C 50304

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ☒ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendants' motion to dismiss is granted, plaintiff's requests to produce and to delay are denied, and this cause is hereby dismissed in its entirety.

FILED-WD
2001 OCT 24 PM 3:53
CLERK
U.S. DISTRICT COURT

Michael W. Dobbins, Clerk of Court

Date: 10/24/2001

Susan M. Wessman, Deputy Clerk